UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY FLETCHER, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES, et al.,<br><br>          Defendants. | No.  1:22-cv-00443 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS DUE IN TWENTY-ONE DAYS |

Plaintiff, a former federal inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2022, a notice of change of address filed by Plaintiff was docketed.  ECF No. 7. The address Plaintiff has provided in the notice appears to be a residential one.  See id.

An individual released from incarceration must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); see also Webb v. Lambert, No. CV 12-00041-H-DLC, 2012 WL 5931889, at *1 (D. Mont. Aug. 29, 2012) (citing DeBlasio).  That person may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners.  McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996).

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's application to proceed in forma pauperis for non-prisoners, and

2. Within twenty-one days from the date of this order, Plaintiff must COMPLETE AND FILE the non-prisoner in forma pauperis application in this Court.

IT IS SO ORDERED.

Dated:  **October 10, 2024**                           **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE