
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHNNY FLETCHER, JR., | No. 1:22-cv-00443 GSA (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDERS |
| v. | |
| UNITED STATES, et al., | (See ECF Nos. 9, 10) |
| Defendants. | PLAINTIFF'S SHOWING OF CAUSE, OR IN THE ALTERNATIVE, HIS RESPONSES TO COURT ORDERS DUE IN THIRTY DAYS |

Plaintiff, a former federal inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

For the reasons stated below, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey court orders. In the alternative, Plaintiff may file responses to the outstanding court orders. See ECF Nos. 9, 10. Plaintiff shall have thirty days to take either course of action.

I. RELEVANT BACKGROUND

On July 29, 2024, Plaintiff was ordered to file a notice of current address with the Court, and he was given seven days to do so. See ECF No. 9. Plaintiff did not comply with the order,

nor did he request an extension of time to do so.

Thereafter, on October 11, 2024, Plaintiff was ordered to file a non-prisoner application to proceed in forma pauperis and was sent the application form. ECF No. 10 at 2. Plaintiff was given twenty-one days to comply. See id. Plaintiff has neither responded to that order, nor requested an extension of time to so do.

## II.  DISCUSSION

Both the Court and the public have an interest in the disposal of cases in an expedient manner. See generally Hernandez v. City of El Monte, 138 F.3d 393, 399 (9th Cir. 1998) (presuming public has interest in expeditious litigation). Plaintiff's failure to provide a current address with the Court and his failure to file a non-prisoner in forma pauperis application has stalled this process, thus it warrants the Court issuing an order directing him to show cause why this matter should not be dismissed for failure to obey court orders. He will be given thirty days to do so. As an alternative to Plaintiff filing the showing of cause, within the same thirty-day period, Plaintiff may instead file the notice of current address and the non-prisoner in forma pauperis application as he was previously ordered to do.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within thirty days from the date of this order Plaintiff shall SHOW CAUSE why this matter should not be dismissed for failure to obey court orders, and

2.  As an ALTERNATIVE to filing the showing of cause, Plaintiff may file a notice of current address with the Court and a non-prisoner in forma pauperis application as he has been previously ordered to do. See ECF Nos. 9, 10.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:  **December 13, 2024**                           **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE

2